IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | |
| CHRISTOPHER OATES, | * | CASE NO. 4:14-CR-11 (CDL) |
| Defendant. | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 23, 2018 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Oates's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 20th day of December, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA