United States District Court
Middle District of Georgia

# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender:** Christopher Oates

**Case Number:** 4:14-CR-00011-001

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| 390658.20241029.01 | 1 | HP Laptop Computer (S/N: 5CD30453R6) |
| 390652.20241029.02 | 1 | Samsung Cell Phone (S/N: R9WWC08BQ3A) |
| 390568.20241029.03 | 1 | TCL 40T Model T608DL Cell Phone |
| 390568.20241029.04 | 1 | Gateway Desktop Computer |
| 390658.20241029.05 | 25 | Blazer Ammunition |
| 390658.20241029.07 | 1 | Cloud Mobile Cell Phone Model C7 |

**Reason For Request:** Unauthorized devices seized during search of his residence.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_Clayton Hester_ (signature)
Clayton B. Hester
Special Offender Specialist

July 25, 2025
Date

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

S/ Clay D. Land
United States District Judge

7/31/2025
Date